

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHELE EVANS | : | CIVIL ACTION |
|---|---|---|
| *Plaintiff* | : | |
| | : | NO. 16-1897 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |
| *Defendant* | : | |

FILED
MAR 28 2018

## ORDER

**AND NOW**, this 28th day of March 2018, upon consideration of the *motion for summary judgment* filed by Defendant City of Philadelphia, [ECF 17], the response in opposition thereto and *cross-motion for leave to file a second amended complaint* (the "cross-motion") filed by Plaintiff Michele Evans, [ECF 19], Defendant's reply, [ECF 22], and Plaintiff's sur-reply, [ECF 23], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. Defendant's motion is **GRANTED**, and judgment is entered in favor of Defendant City of Philadelphia and against Plaintiff Michele Evans; and

2. Plaintiff's cross-motion is **DENIED**.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO
*Judge, United States District Court*